# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2006

130782

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE HAYDEN TATE LONG, a/k/a
HAYDEN TATE RIDEOUT, Minor.

_____

SARAH CELINE RIDEOUT and
LARRY ROBERT RIDEOUT,
      Petitioners-Appellees,

v

                                      SC: 130782
                                      COA: 264358
                                      Oakland CC
                                      Family Division: 2005-705690-AY

JOHNNY JEFFERSON WYRICK,
      Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2006

_____
                         Clerk

s0404